IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:21-cv-733-TDS-JEP

| | |
|---|---|
| JESSICA GLAZER MORGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTER FOR CREATIVE ) <br> LEADERSHIP, ) <br> ) <br> Defendant. ) | **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

Plaintiff Jessica Glazer Morgan and Defendant Center for Creative Leadership, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of all claims in this action <u>with prejudice</u>. The parties agree that each party shall bear its/her own costs and fees.

Respectfully submitted, this the 19th day of April, 2022.

| | |
|---|---|
| /s/ Craig Hensel | /s/ D. Beth Langley |
| Craig Hensel | D. Beth Langley |
| N.C. State Bar No. 40852 | N.C. State Bar No. 19117 |
| *Attorney for Plaintiff* | Lindsey Barber |
| Hensel Law, PLLC | N.C. State Bar No. 57680 |
| P.O. Box 39270 | *Attorney for Defendant* |
| Greensboro, NC 27438 | Brooks, Pierce, McLendon |
| Telephone: (336) 218-6466 | Humphrey & Leonard, L.L.P. |
| Facsimile: (336) 218-6467 | 240 N. Elm Street (27401) |
| craig.hensel@hensellaw.com | Post Office Box 26000 |
| | Greensboro, NC 27420-6000 |
| | Telephone: (336) 373-8850 |
| | Facsimile: (336) 378-1001 |
| | blangley@brookspierce.com |
| | lbarber@brookspierce.com |

1

4880-3282-9209.v1